## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORK GEORGE TOROSYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIRCLE K STORES, INC. and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 13-324-DMG (SPx)<br><br>**ORDER RE DISMISSAL** |

In accordance with the parties' Stipulation of Dismissal, and good cause appearing, IT IS HEREBY ORDERED as follows:

The above-captioned action is dismissed in its entirety **with prejudice**. Each side shall bear its own costs.

**IT IS SO ORDERED.**

DATED: March 4, 2014

　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

16907614v.1